# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00348-CV

**In re Gregory Royal**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Gregory Royal filed a petition for writ of mandamus complaining that the Travis County District Court had failed to file the reporter's record in cause number 03-24-00018-CV, *Royal v. MB Landscape Solutions.* He also requested in his petition for writ of mandamus an extension of time to file his appellant's brief 45 days after the filing of the reporter's record. The reporter's record has been filed in cause number 03-24-00018-CV, and the Court has granted the requested extension of time to file his appellant's brief in that case. Accordingly, we dismiss as moot the petition for writ of mandamus. *See* Tex. R. App. P. 52.8.

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed:  June 26, 2024